| | | | |
|---|---|---|---|
| J.D., In re; J.J.B., In re ............... | 08/19/2015480 MAL (2015) | Denied | Pa.Super., 122 A.3d 1120 |
| Krepps v. Snyder ... | 08/31/2015314 MAL (2015) | Denied | Pa.Super., 112 A.3d 1246 |
| M.W. v. D.S.G.; D.S.G., In re ..... | 08/26/2015437 MAL (2015) | Denied | Pa.Super., 122 A.3d 440 |
| Navarra, In re Estate of .......... | 08/25/2015167 WAL (2015) | Denied | Pa.Super., 113 A.3d 829 |
| Pittman v. Pennsylvania Dept. of Corrections .......... | 08/31/2015368 MAL (2015) | Denied | Pa.Super., 118 A.3d 442 |
| S.A.S., Jr., In re; S.S., Sr., In re .... | 08/26/2015259 WAL (2015) | Denied | Pa.Super., 122 A.3d 1121 |
| Santander Bank, N.A. v. King Drive Corp. ............ | 08/25/2015259 EAL (2015) | Denied | Pa.Super., 121 A.3d 1143 |
| Tecce v. Hally ...... | 08/21/2015154 MAL (2015) | Denied | Pa.Super., 106 A.3d 728 |
| Village of Four Seasons Ass'n, Inc. v. Elk Mountain Ski Resort, Inc. ...... | 08/31/201580 MAL (2015) | Denied | Pa.Super., 103 A.3d 814 |
| Wells Fargo Bank, N.A. v. Frankel; Frankel, In re .... | 08/25/2015220 MAL (2015) | Denied | Pa.Super., 120 A.3d 392 |